# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

PARNEET SOHI,  
    Plaintiff,

vs.

DIVERSIFIED CONSULTANTS,  
    Defendant.

Case No. 1:13-cv-212  
Beckwith, J.  
Litkovitz, M.J

**ORDER**

Pro se plaintiff Parneet Sohi brings this action against defendant Diversified Consultants alleging a violation of the Fair Debt Collections Practices Act, 15 U.S.C. § 1692 et seq. This matter is before the Court following an informal telephone conference held on August 13, 2013 before the undersigned magistrate judge. At issue are the parties' responses to each other's discovery requests and plaintiff's motion for sanctions. (Doc. 19).

Defendant states that it has not received Rule 26(a) disclosures from plaintiff or responses to its First Set of Interrogatories and Requests for Production of Documents sent to plaintiff via regular U.S. Mail on June 14, 2013. Plaintiff states he never received defendant's discovery requests or follow-up correspondence until a few days ago. Plaintiff states he believes he made his Rule 26(a) disclosures, but if he discovers he did not he will forward them to defendant forthwith.

Similarly, plaintiff states he has not received defendant's responses to his discovery requests propounded on June 10, 2013. Defendant states that it did not receive plaintiff's discovery requests until August 12, 2013, via Fed Ex.

Both parties admit that as of this date, they have received each other's respective discovery requests.

The Court declines to recount the parties' additional representations of what may or may not have occurred over the last few months concerning their respective discovery requests. Suffice it to say that the parties have gotten off on the wrong foot with discovery in this case, and the Court's goal is to facilitate the parties' discovery communications to get to the merits of this case. After reviewing the parties' pre-conference submissions and listening to their conference presentations, it is apparent to the undersigned that the parties' lack of effective communication has led to the discovery disputes at issue. Sanctions against either party is not warranted at this juncture and the Court expects that going forward the parties will accord each other the common courtesies deserved by all litigants, such as politeness in conversation, respect for each other's time and schedules, and an attitude of cooperation and truthfulness. As discussed at the conference, plaintiff's motion for sanctions based on alleged misrepresentations to the Court is denied as premature and moot. As further discussed at the conference, both plaintiff and defendant agreed that the preferred method of communication was via their respective email accounts, to wit: parneetsohi@gmail.com, colson@olsonlawpc.com, and lpomeroylaw@gmail.com. This does not prohibit the parties from serving subsequent discovery requests in any manner provided for by the Federal Rules, but to avoid future disputes the parties should consider using verifiable methods of service such as certified mail. The Court also urged the parties to telephone each other in an effort to facilitate their communications in this case. In addition, the Court advised that before any depositions are noticed, the parties should discuss mutually convenient dates and times for such depositions.

It is **ORDERED** that: (1) plaintiff provide his Rule 26 disclosures to defendant no later than August 18, 2013; (2) the parties shall have 30 days to respond to the discovery requests

propounded by the opposing party; (3) plaintiff's motion for sanctions (Doc. 19) is **DENIED**; and (4) the parties shall be prepared to report on the status of discovery at the telephone conference scheduled for August 28, 2013.

**IT IS SO ORDERED.**

Date: 8/14/13

Karen L. Litkovitz
United States Magistrate Judge

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Parneet Sohi
    5 Carmargo Canyon
    Cinti, OH 45243

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☒ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7011 3500 0001 5345 9312

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540